THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEHIGH VALLEY RAILWAY COMPANY et al., Respondents, against LYMAN W. HARRIS et al., as Assessors of the Town of Ovid, Appellants. (Three Proceedings.)

Argued October 4, 1939; decided November 14, 1939.

*William S. McGreevy* and *George T. Franklin* for appellants.
*William L. Hearne* for respondents.

In each proceeding: Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J. Taking no part: O'BRIEN, J.